IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE ENDANGERED SPECIES ACT SECTION 4 DEADLINE LITIGATION** <br><br> **This Document Relates To:** ***WildEarth Guardians v. Salazar*, Nos. 10-cv-0048; 10-cv-0421; 10-cv-1043; 10-cv-1045; 10-cv-1048; 10-cv-1049; 10-cv-1050; 10-cv-1051; 10-cv-1068; 10-cv-2299; 10-cv-2595; and 10-cv-3366.** | **Misc. Action No. 10-377 (EGS)** <br> **MDL Docket No. 2165** |

**ORDER GRANTING JOINT MOTION
FOR APPROVAL OF SETTLEMENT AGREEMENT
AND ORDER OF DISMISSAL OF WILDEARTH GUARDIANS' CLAIMS**

Based on the parties' Joint Motion for Approval of Settlement Agreement and Order of Dismissal of Guardians' Claims, and for good cause shown, the Court hereby **ORDERS** as follows:

1. The terms and conditions of the Settlement Agreement negotiated between Plaintiff WildEarth Guardians ("Guardians") and the Federal Defendants (the Secretary of Interior and the U.S. Fish and Wildlife Service) are hereby approved and adopted as an enforceable **ORDER** of this Court.

2. The above-captioned twelve actions in this consolidated multi-district litigation in which Guardians is the

Plaintiff are hereby **DISMISSED**, as provided in paragraph 28 of the Settlement Agreement.

**SO ORDERED.**

**Signed by:** **Emmet G. Sullivan**
**United States District Judge**
**September 9, 2011**