IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE ENDANGERED SPECIES ACT SECTION 4 DEADLINE LITIGATION** <br><br> **This Document Relates To:** *Center for Biological Diversity v. Salazar*, No. 10-cv-230. | Misc. Action No. 10-377 (EGS) <br> MDL Docket No. 2165 |

ORDER GRANTING JOINT MOTION
FOR APPROVAL OF SETTLEMENT AGREEMENT AND
ORDER OF DISMISSAL OF CENTER FOR BIOLOGICAL DIVERSITY'S CLAIMS

Based on the parties' Joint Motion for Approval of Settlement Agreement and Order of Dismissal of the Center for Biological Diversity's Claims, and for good cause shown, the Court hereby **ORDERS** as follows:

1. The terms and conditions of the Settlement Agreement negotiated between Plaintiff Center for Biological Diversity ("CBD") and the Federal Defendants (the Secretary of Interior and the U.S. Fish and Wildlife Service) are hereby approved and adopted as an enforceable **ORDER** of this Court.

2. The above-captioned action in this consolidated multi-district litigation in which CBD is the Plaintiff is hereby **DISMISSED**, as provided in paragraph B(7) of the Settlement Agreement.

**SO ORDERED.**

**Signed by:**      **Emmet G. Sullivan**
                    **United States District Judge**
                    **September 9, 2011**