**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE ENDANGERED SPECIES ACT ) <br> SECTION 4 DEADLINE LITIGATION ) <br> _____ ) <br>   ) <br> This Document Relates To:   ) <br> *WildEarth Guardians v. Salazar*,   ) <br> Nos. 10-cv-0048; 10-cv-0421;   ) <br> 10-cv-1043; 10-cv-1045; 10-cv-1048;   ) <br> 10-cv-1049; 10-cv-1050; 10-cv-1051;   ) <br> 10-cv-1068; 10-cv-2299; 10-cv-2595;   ) <br> and 10-cv-3366.   ) <br> _____ ) | Misc. Action No. 10-377 (EGS) <br> MDL Docket No. 2165 |

**JOINT NOTICE OF RELATED CASE**

Pursuant to LCvR 40.5(b)(3), Defendants S. M. R. Jewell, in her official capacity as Secretary of the United States Department of the Interior ("Interior"), and the United States Fish and Wildlife Service ("Service") (collectively, "Defendants") and Plaintiff WildEarth Guardians ("Guardians") jointly notify the Court that a case recently filed by Guardians and assigned to Judge Rudolph Contreras (*Guardians v. Jewell*, No. 1:15-cv-02173-RC (D.D.C.)) is related to the above-captioned case under LCvR 40.5(a)(4). In a separate notice (attached as Exhibit 1), the parties have informed Judge Contreras that Guardians inadvertently failed to designate the recently-filed case as related to this case, but the parties nevertheless agree that these cases are related under LCvR 40.5(a)(4), such that Guardians' recently-filed case should be transferred to the Calendar and Case Management Committee for reassignment to this Court pursuant to LCvR 40.5(c)(2).

Dated: January 27, 2016                                                 Respectfully submitted,


*/s/ Sarah K. McMillan*                                                    JOHN C. CRUDEN
SARAH K. MCMILLAN                                                    Assistant Attorney General

| | |
|---|---|
| WildEarth Guardians<br>P.O. Box 7516<br>Missoula, MT 59807<br>Tel: (406) 549-3895<br>Email: smcmillan@wildearthguardians.org | SETH M. BARSKY<br>Section Chief<br>KRISTEN L. GUSTAFSON<br>Assistant Section Chief |
| *Attorney for Plaintiff* | */s/ H. Hubert Yang*<br>H. HUBERT YANG<br>Trial Attorney<br>United States Department of Justice<br>Environment & Natural Resources Division<br>Wildlife & Marine Resources Section<br>Ben Franklin Station<br>P.O. Box 7611<br>Washington, DC 20044-7611<br>Tel: (202) 305-0210<br>Fax: (202) 305-0275<br>E-mail: hubert.yang@usdoj.gov<br><br>*Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 27, 2016, I electronically filed the foregoing Joint Notice of Related Case with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

                                              */s/ H. Hubert Yang*
                                              H. HUBERT YANG
                                              United States Department of Justice
                                              Environment & Natural Resources Division
                                              Wildlife & Marine Resources Section
                                              Ben Franklin Station
                                              P.O. Box 7611
                                              Washington, DC 20044-7611
                                              Tel: (202) 305-0209
                                              Fax: (202) 305-0275
                                              E-mail: hubert.yang@usdoj.gov

                                              *Attorney for Defendants*