# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WILDEARTH GUARDIANS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:15-cv-02173-RC |
| ) | |
| S. M. R. JEWELL, in her official capacity as ) | |
| Secretary of the United States Department of ) | |
| the Interior, et al., ) | |
| ) | |
| Defendants. ) | |

## JOINT NOTICE OF RELATED CASE

Pursuant to LCvR 40.5(b)(3), Defendants S. M. R. Jewell, in her official capacity as Secretary of the United States Department of the Interior ("Interior"), and the United States Fish and Wildlife Service ("Service") (collectively, "Defendants") and Plaintiff WildEarth Guardians ("Guardians") jointly notify the Court that, under LCvR 40.5(a)(4), the above-captioned case is related to a previously-dismissed case (*In re Endangered Species Act Section 4 Deadline Litig.*, No. 1:10-mc-00377-EGS, MDL No. 2165 (D.D.C.) ("ESA Section 4 MDL")). At the time of filing its complaint, Guardians inadvertently failed to designate this case as related to the ESA Section 4 MDL. *See* Docket ("Dkt.") 1-1 at 2. Notwithstanding this unintentional omission, the parties agree that this case involves the "same parties" and relates to the "same subject matter" as the ESA Section 4 MDL and thus is related to the ESA Section 4 MDL under LCvR 40.5(a)(4). Both parties in this case were involved in the ESA Section 4 MDL. *Compare* Dkt. 1 *with* ESA Section 4 MDL, Dkt. 1. Likewise, as in the ESA Section 4 MDL, Guardians here challenges the Service's alleged failure to timely issue listing determinations for certain petitioned species, pursuant to the Endangered Species Act. *Compare* Dkt. 1 *with* ESA Section 4 MDL, Dkt. 8 at 1.

1

Moreover, a lawsuit raising these particular claims was specifically contemplated by these parties in their previous settlement agreement resolving Guardians' claims in the ESA Section 4 MDL, *see* Dkt. 1 at ¶23 ("Under the settlement, Guardians may file deadline suits addressing species for which the organization had submitted petitions to list in 2007-2008 and for which the Service issued positive 90-day findings in 2009. The instant complaint is the 'deadline suit' envisioned in paragraph 9 of the parties' settlement."); *see also* ESA Section 4 MDL, Dkt. 31-1 at ¶9 (reserving Guardians' right to file deadline claims related to enumerated petitions "so long as such litigation is filed no sooner than 5 years and 11 months after the cause of action accrues" and subject to additional conditions for addressing such claims), and Judge Emmet G. Sullivan retains ongoing jurisdiction to oversee compliance with this settlement agreement in the ESA Section 4 MDL, *see id.* at ¶28.[1]

For all these reasons, the parties agree that the above-captioned case and the ESA Section 4 MDL are related cases. Accordingly, pursuant to LCvR 40.5(c)(2), the parties submit that the above-captioned case should be transferred to the Calendar and Case Management Committee for reassignment to Judge Sullivan.

Dated: January 27, 2016                        Respectfully submitted,

*/s/ Sarah K. McMillan*                        JOHN C. CRUDEN
SARAH K. MCMILLAN                              Assistant Attorney General
WildEarth Guardians                            SETH M. BARSKY

---

[1] Other cases brought in connection with these settlement agreements filed in the ESA Section 4 MDL have been designated as related cases and assigned to Judge Sullivan. *See, e.g.*, *Ctr. for Biological Diversity v. Salazar*, No. 1:12-cv-00861 (D.D.C.); *Ctr. for Biological Diversity v. Salazar*, No. 1:12-cv-01073 (D.D.C.); *Ctr. for Biological Diversity v. Salazar*, No. 1:12-cv-01091 (D.D.C.); *Ctr. for Biological Diversity v. Salazar*, No. 1:12-cv-01514 (D.D.C.); *Ctr. for Biological Diversity v. Jewell*, No. 1:13-cv-00975 (D.D.C.); *Ctr. for Biological Diversity v. Jewell*, No. 1:14-cv-00991-EGS (D.D.C.); *Ctr. for Biological Diversity v. Jewell*, No. 1:14-cv-01021-EGS (D.D.C.); and *Ctr. for Biological Diversity v. Jewell*, No. 1:15-cv-00229-EGS (D.D.C.).

P.O. Box 7516  
Missoula, MT 59807  
Tel: (406) 549-3895  
Email: smcmillan@wildearthguardians.org

*Attorney for Plaintiff*

Section Chief  
KRISTEN L. GUSTAFSON  
Assistant Section Chief

*/s/ H. Hubert Yang*  
H. HUBERT YANG  
Trial Attorney  
United States Department of Justice  
Environment & Natural Resources Division  
Wildlife & Marine Resources Section  
Ben Franklin Station  
P.O. Box 7611  
Washington, DC 20044-7611  
Tel: (202) 305-0210  
Fax: (202) 305-0275  
E-mail: hubert.yang@usdoj.gov

*Attorneys for Defendants*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2016, I electronically filed the foregoing Joint Notice of Related Case with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

> */s/ H. Hubert Yang*
> H. HUBERT YANG
> United States Department of Justice
> Environment & Natural Resources Division
> Wildlife & Marine Resources Section
> Ben Franklin Station
> P.O. Box 7611
> Washington, DC 20044-7611
> Tel: (202) 305-0209
> Fax: (202) 305-0275
> E-mail: hubert.yang@usdoj.gov
>
> *Attorney for Defendants*