IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| IN RE ENDANGERED SPECIES ACT ) <br> SECTION 4 DEADLINE LITIGATION ) <br> _____ ) <br> ) <br> This Document Relates To: ) <br> *WildEarth Guardians v. Salazar*, ) <br> Nos. 10-cv-0048; 10-cv-0421; ) <br> 10-cv-1043; 10-cv-1045; 10-cv-1048; ) <br> 10-cv-1049; 10-cv-1050; 10-cv-1051; ) <br> 10-cv-1068; 10-cv-2299; 10-cv-2595; ) <br> and 10-cv-3366. ) <br> _____ ) | Misc. Action No. 10-377 (EGS) <br> MDL Docket No. 2165 |

**DEFENDANTS' MOTION TO EXTEND FINAL LISTING DETERMINATION
DEADLINE FOR BLACK WARRIOR WATERDOG
(EXPEDITED REVIEW SOUGHT)**

Defendants Ryan K. Zinke, in his official capacity as Secretary of the United States Department of the Interior;[1] and the United States Fish and Wildlife Service ("Service") (collectively, "Defendants") respectfully move the Court for a 90-day extension, until January 4, 2018, for the Service to publish in the Federal Register its final listing determination for the Black Warrior waterdog (*Necturus alabamensis*). The current deadline for publication in the Federal Register of the final listing determination is October 6, 2017. The requested extension is necessary to allow the Service to complete the review process, including additional time to finalize its critical habitat designation for the species, which the Service intends to publish concurrently with the final listing determination, if the Service determines to list the species. Counsel for Plaintiff WildEarth Guardians ("Guardians") has indicated that Guardians takes no position regarding the requested extension. Accordingly, Defendants submit as follows:

---

[1] Secretary Zinke is substituted for S. M. R. Jewell, formerly the Secretary of the United States Department of the Interior, pursuant to Federal Rule of Civil Procedure 25(d).

1

1.      On September 9, 2011, this Court approved two separate but related settlement agreements: (1) a stipulated settlement agreement between Defendants and Guardians, filed on May 10, 2011, *see In re Endangered Species Act Section 4 Deadline Litig.*, Misc. No. 10-377 (EGS), MDL No. 2165 (D.D.C.) ("MDL"), Docket ("Dkt.") No. 31-1 ("Guardians Agreement"); and (2) a stipulated settlement agreement between Defendants and the Center for Biological Diversity ("Center"), filed on July 12, 2011, MDL Dkt. No. 42-1 ("Center Agreement").

2.      As relevant here, pursuant to the Guardians Agreement, the Service committed to submit to the Federal Register a proposed rule or not-warranted finding for the Black Warrior waterdog no later than the end of FY 2016 (*i.e.*, September 30, 2016).  *See* Guardians Agreement ¶2.  In addition, for each proposed rule submitted to the Federal Register in accordance with paragraphs 1 through 4 of the Guardians Agreement, the Service committed to make a final listing determination in accordance with the statutory deadlines in 16 U.S.C. §§ 1533(b)(6)(A)-(B).  *Id.* at ¶7.

3.      The Service published its proposed listing determination for the Black Warrior waterdog on October 6, 2016, proposing to list the Black Warrior waterdog as endangered under the Endangered Species Act.  *See* 81 Fed. Reg. 69,500 (Oct. 6, 2016).  In addition, that same day, the Service published its proposed critical habitat designation for the Black Warrior waterdog.  *See* 81 Fed. Reg. 69,475 (Oct. 6, 2016).

4.      Since that time, the Service has continued to diligently work on a final listing determination and, in the event the Service determines to list the species, a final critical habitat designation for the Black Warrior waterdog.  However, a brief extension is necessary to provide the Service additional time to complete the review process, including additional time to finalize its critical habitat designation for the species, which the Service intends to publish concurrently

with the final listing determination, if the Service determines to list the species. If the Service determines to list the species, the Service expects to publish its final listing and critical habitat determinations in the Federal Register no later than January 4, 2018.

5. Defendants are separately moving this Court for an extension of a deadline for another species (Panama City crayfish (*Procambarus econfinae*)) in a related case (*Ctr. for Biological Diversity v. Jewell*, No. 1:13-cv-00975-EGS (D.D.C.)) in connection with the Center Agreement. No other deadlines in the Center Agreement or the Guardians Agreement would be affected by Defendants' requested extension.

6. Defendants have not sought any prior extension from the Court regarding the deadline for the Service's publication of a final listing determination for the Black Warrior waterdog.

7. Guardians' counsel has indicated that Guardians takes no position regarding the requested extension.

NOW, THEREFORE, Defendants respectfully request that the Court enter an order as follows:

1. The Service shall, on or before January 4, 2018, publish in the Federal Register a final listing determination for the Black Warrior waterdog.

Dated:  September 19, 2017                 Respectfully submitted,

                                                  JEFFREY H. WOOD
Acting Assistant Attorney General
SETH M. BARSKY
Section Chief
MEREDITH L. FLAX
Assistant Section Chief
CLIFFORD E. STEVENS, JR.
Trial Attorney

*/s/ H. Hubert Yang*

H. HUBERT YANG
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0210
Fax: (202) 305-0275
E-mail: clifford.stevens@usdoj.gov
E-mail: hubert.yang@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2017, I electronically filed the foregoing Defendants' Motion To Extend Final Listing Determination Deadline For Black Warrior Waterdog and [Proposed] Order with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

*/s/ H. Hubert Yang*
H. HUBERT YANG
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0209
Fax: (202) 305-0275
E-mail: hubert.yang@usdoj.gov

*Attorney for Defendants*